**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | No. CV 08-8034-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the parties Stipulated Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 41). Having considered the Motion and good cause appearing,

**IT IS HEREBY ORDERED** that the matter is dismissed with prejudice, each side to bear its own costs and fees.

DATED this 1st day of December, 2008.

Stephen M. McNamee
United States District Judge