**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | No. CV 08-8034-PCT-SMM |
| ) | |
| Plaintiff, ) | **AMENDED ORDER** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the parties Stipulated Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 22). Having considered the Motion and good cause appearing,

**IT IS HEREBY ORDERED** that the matter is dismissed with prejudice, each side to bear its own costs and fees.

DATED this 3rd day of December, 2008.

Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28